**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAYMOND TSCHUDY; SHEILA WALKER; and KAMRYN CANDELARIA,<br><br>Plaintiffs,<br><br>v.<br><br>J.C. PENNEY CORPORATION INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 11cv1011 JM (KSC)<br><br>ORDER INSTRUCTING CLERK OF COURT TO ENTER JUDGMENT IN FAVOR OF DEFENDANT AND AGAINST PLAINTIFFS ON ALL CLAIMS |

On March 30, 2016, the court entered partial summary judgment (following summary adjudication) in favor of Defendant J. C. Penney Corporation, Inc. ("JCP") and against Plaintiffs Raymond Tschudy, Sheila Walker, and Kamryn Candelaria on the central issue of whether JCP's My Time Off vacation policy complies with Cal. Labor Code §227.3.   (Doc. No. 200).  Following a status conference with the parties on April 25, 2016, the court instructs the Clerk of Court to enter judgment in favor of JCP and against Plaintiffs on all claims because the court's determination on summary adjudication resolved all of Plaintiffs' remaining claims.

**IT IS SO ORDERED.**

DATED:  May 4, 2016

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:       All parties

- 1 -

11cv1011