UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND TSCHUDY, individually, on behalf of himself, all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>J.C. PENNEY CORPORATION, INC., a Delaware corporation; and DOES 1 to 100, inclusive,<br><br>Defendant. | Case No.: 11cv1011 JM (KSC)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS CLASS ACTION WITH PREJUDICE** |

The parties jointly move the court to dismiss this case with prejudice. (Doc. No. 236.) The court granted final approval of the class action settlement agreement on November 3, 2017. (Doc. No. 233.) The final approval order directed that "[u]pon satisfaction of the terms of the Settlement Agreement, the Settlement Administrator shall terminate the Settlement Account and shall serve and file its final report, and the Parties shall submit a joint motion to enter a judgment dismissing the Class Action with prejudice." (Id. at 5.) On July 25, 2018, the Settlement Administrator submitted its final report. (Doc. No. 235.)

///

1

1 | Accordingly, the court grants the joint motion and dismisses this class action with
2 | prejudice. The Clerk of Court is directed to close the file.
3 |     IT IS SO ORDERED.

DATED: July 26, 2018

                                                      JEFFREY T. MILLER
                                                     United States District Judge